FRANCES M. ORTH et al., Respondents, *v.* KANE CONSTRUCTION COMPANY et al., Appellants.

Submitted October 4, 1948; decided October 7, 1948.

*Joseph Feinstein* for motion.
*Sidney S. Levine* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless the appellants within ten days from the date of the order hereon serve and file the required undertaking and pay $10 costs, and within twenty days from the date of the order hereon appellants file the record on appeal, in which event motion denied.